**George SPANN, Appellant,**

v.

**ARKANSAS DEPARTMENT OF FINANCE AND ADMINIS-TRATION, Appellee.**

No. 05–2633.

United States Court of Appeals, Eighth Circuit.

Submitted: June 14, 2006.

Filed: June 19, 2006.

George Spann, Little Rock, AR, for Appellant.

Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

George Spann appeals the district court's [1] adverse grant of summary judgment in his Title VII employment-discrimination suit against his former employer, Arkansas Department of Finance and Administration (AFDA). Having carefully reviewed the record, *see Kincaid v. City of Omaha,* 378 F.3d 799, 803–04 (8th Cir. 2004) (de novo standard of review), we agree with the district court that Spann failed to establish that AFDA's proffered legitimate, nondiscriminatory reason for the adverse actions taken against Spann—continued performance deficiencies—were pretextual. *See Gilooly v. Mo. Dep't of Health & Senior Servs.,* 421 F.3d 734, 739 (8th Cir.2005) (burden-shifting analysis). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.